IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARY BRADFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | NO. 08-CV-640-DRH |
| ) | |
| ELITE LABOR SERVICES, LTD., doing ) | |
| business as ELITE STAFFING, INC., et al, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on April 13, 2009, this case is **DISMISSED** with prejudice. Each party shall bear its own costs.

**JUSTINE FLANAGAN, ACTING CLERK**


BY: /s/*Sandy Pannier*
**Deputy Clerk**

Dated: June 30, 2009.


APPROVED: /s/ *David R Herndon*
CHIEF JUDGE
U. S. DISTRICT COURT